**Michael L. SHAVER, Petitioner,**

v.

**COMMODITY FUTURES TRADING COMMISSION, Respondent.**

No. 05–73062.

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2007 *.

Filed March 20, 2007.

Frank N. Masino, Esq., Corte Medera, CA, for Petitioner.

William Liebman, Commodity Futures Trading Commission, Office of the General Counsel, Washington, DC, for Respondent.

Before: BRUNETTI, W. FLETCHER, and BEA, Circuit Judges.

MEMORANDUM **

Michael Shaver ("Shaver"), a commodities futures broker, appeals from a final order of the Commodity Futures Trading Commission ("CFTC"). 7 U.S.C. §§ 9, 21(i)(4) (2000). The CFTC summarily affirmed and adopted a decision by the National Futures Association ("NFA"), which stated that Shaver engaged in fraudulent customer communications in violation of NFA Compliance Rules 2–2(a) and 2–29(a)(1).

The NFA's decision that Shaver engaged in fraudulent customer communica-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tions in violation of Compliance Rules 2–2(a) and 2–29(a)(1) is supported by the weight of the evidence. *Morris v. CFTC,* 980 F.2d 1289, 1292 (9th Cir.1992).

Similarly, the NFA's decision to sanction Shaver with a $2,000 fine and a 2–year tape recording requirement was not an abuse of discretion. *Premex, Inc. v. CFTC,* 785 F.2d 1403, 1408 (9th Cir.1986).

**AFFIRMED.**